DEBRA SANFORD,

     Appellant,

v.

CUMULUS BROADCASTING, LLC, A NEVADA LIMITED LIABILITY COMPANY, STAR BROADCASTING, INC., GULF COAST BROADCASTING COMPANY, INC., QANTUM COMMUNICATIONS CORPORATION, RONALD HALE AND QANTUM OF FT. WALTON BEACH LICENSE COMPANY, LLC ,

     Appellees.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5117

Opinion filed August 9, 2016.

An appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

Lynn G. Waxman of Lynn G. Waxman, P.A., Palm Beach Gardens, and Adam S. Doner of Gordon & Donor, P.A., Palm Beach Gardens, for Appellant.

T.A. Borowski, Jr. and Darryl Steve Traylor, Jr. of Borowski & Traylor, P.A., Pensacola, and Jack McKay of Pillsbury Winthrop Shaw Pittman LLP, *pro hac vice*, for appellee Cumulus Broadcasting, LLC.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, WINOKUR, and JAY, JJ., CONCUR.